2004R00393

UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Freda L. Wolfson |
| | | Criminal No. 04-cr-00199 |
| v. | : | |
| LANCELOT SMITH | : | <u>ORDER FOR DISMISSAL</u> |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Rachael A. Honig, the Acting United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Criminal No. 04-cr-00199, against defendant Lancelot Smith, charging the defendant with conspiracy to distribute a controlled substance, 21 United States Code, Section 846, because further prosecution is not in the interests of the United States at this time.

This dismissal is without prejudice.

<i>/s/ Rachael A. Honig</i><br>
RACHAEL A. HONIG<br>
Acting United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

<i>/s/ Freda L. Wolfson</i><br>
HON. FREDA L. WOLFSON<br>
United States District Judge

Dated: June 30, 2021.